FILED: 2/23/2021 2:52 PM
Vermont Superior Court
Chittenden Unit
382-6-20 Cncv

## APPENDIX 2:
## Ms. Mitchell's spreadsheet

| Pay Period | Comm Earned | Hourly Comm Rate | OT Hours | Hourly OT Rate | Amount of OT Due | Holiday or Time Off |
|---|---|---|---|---|---|---|
| 6/4/17 - 6/10/17 | 2764 | 69.1 | 1 | 103.65 | 103.65 | 103.65 |
| 6/11/17 - 6/17/17 | 4903 | 122.575 | 0 | 183.8625 | 0 | 0 |
| 6/18/17 - 6/24/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 6/25/17 - 7/1/17 | 1052.16 | 26.304 | 0 | 39.456 | 0 | 0 |
| 7/2/17 - 7/8/17 | 6120 | 153 | 0 | 229.5 | 0 | 0 Independence Day |
| 7/9/17 - 7/15/17 | 7546.23 | 188.65575 | 15 | 282.983625 | 4244.754375 | |
| 7/16/17 - 7/22/17 | 14389.79 | 359.74475 | 15 | 539.617125 | 8094.256875 | |
| 7/23/17 - 7/29/17 | 4104 | 102.6 | 15 | 153.9 | 2308.5 | |
| 7/30/17 - 8/5/17 | 6957 | 173.925 | 15 | 260.8875 | 3913.3125 | |
| 8/6/17 0 8/12/17 | 400 | 10 | 15 | 15 | 225 | |
| 8/13/17 - 8/18/17 | 2094.74 | 52.3685 | 15 | 78.55275 | 1178.29125 | |
| 8/20/17 - 8/26/17 | 12613.51 | 315.33775 | 15 | 473.006625 | 7095.099375 | |
| 8/27/17 - 9/2/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 9/3/17 - 9/9/17 | 400 | 10 | 0 | 15 | 0 | 0 Labor Day |
| 9/10/17 - 9/16/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 9/17/17 - 9/23/17 | 2640.4 | 66.01 | 0 | 99.015 | 0 | 0 |
| 9/24/17 - 9/30/17 | 6203 | 155.075 | 0 | 232.6125 | 0 | 0 |
| 10/1/17 - 10/7/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 10/8/17 - 10/14/17 | 400 | 10 | 0 | 15 | 0 | 0 Columbus Day |
| 10/15/17 - 10/21/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 10/22/17 - 10/28/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 10/29/17 - 11/4/17 | 400 | 10 | 0 | 15 | 0 | 0 |
| 11/5/17 - 11/11/17 | 400 | 10 | 10 | 15 | 150 | |
| 11/12/17 - 11/18/17 | 3010 | 75.25 | 10 | 112.875 | 1128.75 | |
| 11/19/17 - 11/25/17 | 400 | 10 | 0 | 15 | 0 | 0 Thanksgiving Day |
| 11/26/17 - 12/2/17 | 18828 | 470.7 | 10 | 706.05 | 7060.5 | |

MITCHELL 006

| Date | | | | | Note |
|---|---|---|---|---|---|
| 12/3/17 - 12/9/17 | 400 | 10 | 10 | 15 | 150 |
| 12/10/17 - 12/16/17 | 2925 | 73.125 | 0 | 109.6875 | 0 |
| 12/17/17 - 12/23/17 | 420 | 10.5 | 0 | 15.75 | 0 |
| 12/24/17 - 12/30/17 | 756 | 18.9 | 0 | 28.35 | 0 Christmas Day |
| 12/31/17 - 1/6/18 | 420 | 10.5 | 0 | 15.75 | 0 New Years |
| 1/7/18 - 1/13/18 | 3628 | 90.7 | 10 | 136.05 | 1360.5 |
| 1/14/18 - 1/20/18 | 1530 | 38.25 | 0 | 57.375 | 0 MLK Jr Day |
| 1/21/18 - 1/27/18 | 1304 | 32.6 | 10 | 48.9 | 489 |
| 1/28/18 - 2/3/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 2/4/18 - 2/10/18 | 16994.1 | 424.8525 | 10 | 637.27875 | 6372.7875 |
| 2/11/18 - 2/17/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 2/18/18 - 2/24/18 | 5904.8 | 147.62 | 0 | 221.43 | 0 Presidents Day |
| 2/25/18 - 3/3/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 3/4/18 - 3/10/18 | 5999.99 | 149.99975 | 10 | 224.999625 | 2249.99625 |
| 3/11/18 - 3/17/18 | 1907.28 | 47.682 | 15 | 71.523 | 1072.845 |
| 3/18/18 - 3/24/18 | 14706 | 367.65 | 15 | 551.475 | 8272.125 |
| 3/25/18 - 3/31/18 | 5400 | 135 | 10 | 202.5 | 2025 |
| 4/1/18 - 4/7/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 4/8/18 - 4/14/18 | 1916.25 | 47.90625 | 10 | 71.859375 | 718.59375 |
| 4/15/18 - 4/21/18 | 420 | 10.5 | 0 | 15.75 | 0 |
| 4/22/18 - 4/28/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 4/29/18 - 5/5/18 | 3361.75 | 84.04375 | 10 | 126.065625 | 1260.65625 |
| 5/6/18 - 5/12/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 5/13/18 - 5/19/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 5/20/18 - 5/26/18 | 420 | 10.5 | 10 | 15.75 | 157.5 |
| 5/27/18 - 6/2/18 | 1836.8 | 45.92 | 0 | 68.88 | 0 Memorial Day |
| 6/3/18 - 6/9/18 | 420 | 10.5 | 15 | 15.75 | 236.25 |

MITCHELL 007

| Date Range | | | | | | |
|---|---|---|---|---|---|---|
| 6/10/18 - 6/16/18 | 4400 | 110 | 15 | 165 | 2475 | |
| 6/17/18 - 6/23/18 | 2952 | 73.8 | 15 | 110.7 | 1660.5 | |
| 6/24/18 - 6/30/18 | 3248 | 81.2 | 15 | 121.8 | 1827 | |
| 7/1/18 - 7/7/18 | 2500.88 | 62.522 | 0 | 93.783 | 0 | Independence Day |
| 7/8/18 - 7/14/18 | 1175 | 29.375 | 15 | 44.0625 | 660.9375 | |
| 7/15/18 - 7/21/18 | 1980 | 49.5 | 15 | 74.25 | 1113.75 | |
| 7/22/18 - 7/28/18 | 6830.15 | 170.75375 | 15 | 256.130625 | 3841.959375 | |
| 7/29/2018 - 8/4/18 | 420 | 10.5 | 15 | 15.75 | 236.25 | |
| 8/5/18 - 8/11/18 | 12640.88 | 316.022 | 15 | 474.033 | 7110.495 | |
| 8/12/18 - 8/18/18 | 2340 | 58.5 | 15 | 87.75 | 1316.25 | |
| 8/19/18 - 8/25/18 | 420 | 10.5 | 15 | 15.75 | 236.25 | |
| 8/26/18 - 9/1/18 | 2413.8 | 60.345 | 15 | 90.5175 | 1357.7625 | |
| 9/2/18 - 9/8/18 | 420 | 10.5 | 0 | 15.75 | 0 | Labor Day |
| 9/9/18 - 9/15/18 | 6800 | 170 | 15 | 255 | 3825 | |
| 9/16/18 - 9/22/18 | 1984.5 | 49.6125 | 15 | 74.41875 | 1116.28125 | |
| 9/23/18 - 9/29/16 | 420 | 10.5 | 15 | 15.75 | 236.25 | |
| 9/30/16 - 10/6/18 | 7812.45 | 195.31125 | 15 | 292.966875 | 4394.503125 | |
| 10/7/18 - 10/13/18 | 420 | 10.5 | 0 | 15.75 | 0 | Columbus Day |
| 10/14/18 - 10/20/18 | 27315 | 682.875 | 15 | 1024.3125 | 15364.6875 | |
| 10/21/18 - 10/27/18 | 420 | 10.5 | 0 | 15.75 | 0 | |
| 10/28/18 - 11/03/18 | 420 | 10.5 | 0 | 15.75 | 0 | |
| 11/4/18 - 11/10/18 | -700 | -17.5 | 0 | -26.25 | 0 | |
| 11/11/18 - 11/17/18 | 420 | 10.5 | 0 | 15.75 | 0 | Veterans Day |
| 11/18/18 - 11/24/18 | 1225 | 30.625 | 0 | 45.9375 | 0 | Thanksgiving |
| 11/25/18 - 12/01/18 | 420 | 10.5 | 5 | 15.75 | 78.75 | |
| 12/02/18 - 12/8/18 | 420 | 10.5 | 5 | 15.75 | 78.75 | |
| 12/9/18 - 12/15/18 | 4795 | 119.875 | 5 | 179.8125 | 899.0625 | |

MITCHELL 008

| Period | | | | | |
|---|---|---|---|---|---|
| 12/16/18 - 12/22/18 | 2848 | 71.2 | 0 | 106.8 | 0 |
| 12/23/18 - 12/29/18 | 900 | 22.5 | 0 | 33.75 | 0 Christmas |
| 12/30/18 - 01/05/19 | 4480 | 112 | 0 | 168 | 0 New Years |
| 01/06/19 - 01/12/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 1/13/19 - 1/19/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 1/20/19 - 1/26/19 | 444 | 11.1 | 0 | 16.65 | 0 MLK Jr Day |
| 1/27/19 - 2/2/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 2/3/19 - 2/9/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 2/10/19 -2/16/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 2/17/19 -2/23/19 | 444 | 11.1 | 0 | 16.65 | 0 Presidents Day |
| 2/24/19 -3/2/19 | 1200 | 30 | 5 | 45 | 225 |
| 3/3/19 - 3/9/19 | 8348.8 | 208.72 | 15 | 313.08 | 4696.2 |
| 3/10/19 - 3/16/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 3/17/19 - 3/23/19 | 2265.75 | 56.64375 | 15 | 84.965625 | 1274.484375 |
| 3/24/19-3/30/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 3/31/19 - 4/6/19 | 18565.2 | 464.13 | 15 | 696.195 | 10442.925 |
| 4/7/19 - 4/13/19 | 2210.4 | 55.26 | 15 | 82.89 | 1243.35 |
| 4/14/19 - 4/20/19 | 945 | 23.625 | 15 | 35.4375 | 531.5625 |
| 4/21/19 - 4/27/19 | 4086.9 | 102.1725 | 15 | 153.25875 | 2298.88125 |
| 4/28/19 - 5/4/19 | 11736 | 293.4 | 15 | 440.1 | 6601.5 |
| 5/5/19 - 5/11/19 | 2484 | 62.1 | 15 | 93.15 | 1397.25 |
| 5/12/19 - 5/18/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 5/19/19 - 5/25/19 | 1280 | 32 | 15 | 48 | 720 |
| 5/26/19 - 6/1/19 | 4296 | 107.4 | 15 | 161.1 | 2416.5 Memorial Day |
| 6/2/19 - 6/8/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 6/9/19 - 6/15/19 | 1895.25 | 47.38125 | 0 | 71.071875 | 0 CTO 16 hours |

MITCHELL 009

| Date Range | | | | | |
|---|---|---|---|---|---|
| 6/16/19 - 6/22/19 | 2520 | 63 | 15 | 94.5 | 1417.5 |
| 6/23/19 - 6/26/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 6/30/19 - 7/6/19 | 444 | 11.1 | 0 | 16.65 | 0 Independence Day |
| 7/7/19 - 7/13/19 | 4482 | 112.05 | 15 | 168.075 | 2521.125 |
| 7/14/19 - 7/20/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 7/21/19 - 7/27/19 | 13840 | 346 | 15 | 519 | 7785 |
| 7/28/19 - 8/3/19 | 5949 | 148.725 | 15 | 223.0875 | 3346.3125 |
| 8/4/19 - 8/10/19 | 810 | 20.25 | 15 | 30.375 | 455.625 |
| 8/11/19 - 8/17/19 | 19980.45 | 499.51125 | 15 | 749.266875 | 11239.00313 |
| 8/18/19 - 8/24/19 | 3150 | 78.75 | 15 | 118.125 | 1771.875 |
| 8/25/19 - 8/31/19 | 1940.55 | 48.51375 | 15 | 72.770625 | 1091.559375 |
| 9/1/19 - 9/7/19 | 6689 | 167.225 | 0 | 250.8375 | 0 Labor Day |
| 9/8/19 - 9/14/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 9/15/19 - 9/21/19 | 5710 | 142.75 | 15 | 214.125 | 3211.875 |
| 9/22/19 - 9/28/19 | 444 | 11.1 | 15 | 16.65 | 249.75 |
| 9/29/19 - 10/5/19 | 27513 | 687.825 | 15 | 1031.7375 | 15476.0625 |
| 10/6/19 - 10/12/19 | 5850 | 146.25 | 15 | 219.375 | 3290.625 |
| 10/13/19 - 10/19/19 | 4000 | 100 | 0 | 150 | 0 Colombus Day |
| 10/20/19 - 10/26/19 | 2308.5 | 57.7125 | 10 | 86.56875 | 865.6875 |
| 10/27/19 - 11/02/19 | 11484 | 287.1 | 10 | 430.65 | 4306.5 |
| 11/03/19 - 11/09/19 | 444 | 11.1 | 5 | 16.65 | 83.25 |
| 11/10/19 - 11/16/19 | 9900 | 247.5 | 0 | 371.25 | 0 Veterans Day |
| 11/17/19 - 11/23/19 | 2540 | 63.5 | 5 | 95.25 | 476.25 |
| 11/24/19 - 11/30/19 | 4249 | 106.225 | 0 | 159.3375 | 0 Thanksgiving |
| 12/01/19 - 12/07/19 | 444 | 11.1 | 5 | 16.65 | 83.25 |
| 12/08/19 - 12/14/19 | 4136 | 103.4 | 5 | 155.1 | 775.5 |

| Week | | | | | |
|---|---|---|---|---|---|
| 12/15/19 - 12/21/19 | 444 | 11.1 | 0 | 16.65 | 0 |
| 12/22/19 - 12/28/19 | 444 | 11.1 | 0 | 16.65 | 0 Christmas |
| 12/29/19 - 1/4/20 | 2327.5 | 58.1875 | 0 | 87.28125 | 0 New Years |
| 1/5/20 - 1/11/20 | 700 | 17.5 | 0 | 26.25 | 0 |
| 1/12/20 -1/18/20 | 576.92 | 14.423 | 5 | 256.130625 | 1280.653125 |
| 1/19/20 - 1/25/20 | 4600 | 115 | 0 | 172.5 | 0 MLK Jr Day |
| 1/26/20 - 2/1/20 | 2178.4 | 54.46 | 5 | 81.69 | 408.45 |
| 2/2/20 - 2/8/20 | 3713 | 92.825 | 5 | 139.2375 | 696.1875 |
| 2/9/20 -2/15/20 | 5707.56 | 142.689 | 10 | 214.0335 | 2140.335 |
| 2/16/20 - 2/22/20 | 576.92 | 14.423 | 0 | 21.6345 | 0 Presidents Day |
| 2/23/20 - 2/29/20 | 2208 | 55.2 | 10 | 82.8 | 828 |
| 3/1/20 - 3/7/20 | 576.92 | 14.423 | 10 | 21.6345 | 216.345 |
| 3/8/20 - 3/14/20 | 17550 | 438.75 | 15 | 658.125 | 9871.875 |
| 3/15/20 - 3/21/20 | 7350 | 183.75 | 15 | 275.625 | 4134.375 |
| 3/22/20 - 3/28/20 | 576.92 | 14.423 | 15 | 21.6345 | 324.5175 |
| 3/29/20 - 4/4/20 | 3573 | 89.325 | 15 | 133.9875 | 2009.8125 |
| 4/5/20 - 4/11/20 | 576.92 | 14.423 | 15 | 21.6345 | 324.5175 |
| 4/12/20 -4/18/20 | 7925 | 198.125 | 15 | 297.1875 | 4457.8125 |
| 4/19/20 - 4/25/20 | 8010 | 200.25 | 15 | 300.375 | 4505.625 |
| 4/26/20 - 5/2/20 | 6930 | 173.25 | 15 | 259.875 | 3898.125 |
| 5/3/20 - 5/9/20 | 1332.5 | 33.3125 | 15 | 49.96875 | 749.53125 |
| 5/10/20 - 5/16/20 | 576.92 | 14.423 | 15 | 21.6345 | 324.5175 |
| 5/17/20 -5/23/20 | 5883.75 | 147.09375 | 15 | 220.640625 | 3309.609375 |
| 5/24/20 -5/29/20 | 7221 | 180.525 | 0 | 270.7875 | 0 Memorial Day |
| Total OT for 3 years | | | | | 240322.2488 |